# Court of Appeals
# of the State of Georgia

ATLANTA, June 30, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0063.  STEVEN JACOB SEIBERT v. STATE OF GEORGIA, ET AL.**

Steven Jacob Seibert's Motion-Request for Time Extension to File Application for Discretionary Appeal is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/30/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*